IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MICHELLE M. MCCONNELL,

    Plaintiff,

vs.

ASHRIA ENTERPRISES, INC.,          Case No. 8:09CV0008-T30 MAP
SUJOY DASKUNDU and
MONALI KUNDU,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT'S COUNTERCLAIM

Defendant/Counter-Plaintiff, Sujoy Daskundu ("Daskundu"), by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41 hereby voluntarily dismisses, without prejudice, its counterclaim against Plaintiff/Counter-Defendant Michelle McConnell.

### CERTIFICATE OF SERVICE

This is to certify that on this 4th day of March, 2009, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a copy on counsel for Plaintiff, Harold E. Barker, Esquire and Mario J. Cabrera, Esquire, DiCESARE, DAVIDSON & BARKER, P.A.

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 5 day of MARCH, 2009.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

/s/ Kristie Hatcher-Bolin
KRISTIE HATCHER-BOLIN, ESQUIRE
Florida Bar No. 521388
khbolin@gray-robinson.com
MARK N. MILLER, ESQUIRE
Florida Bar No. 239216
mmiller@gray-robinson.com
GRAYROBINSON, P.A.
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251

\425052\2 - # 732342 v1