UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE M. MCCONNELL,

    Plaintiff,

v.                                       Case No. 8:09-cv-8-T-30MAP

ASHRIA ENTERPRISES, INC., et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Stipulation for Dismissal With Prejudice (Dkt. #23) and the Notice of Filing Time Records in Support of the Joint Stipulation for Dismissal With Prejudice (Dkt. #24). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #23) is GRANTED.

2. This case is dismissed with prejudice.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on October 21, 2009.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-8.dismissal 24.wpd